

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
MAR 18 2008
Mar 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Joe Willie Feazell
plaintiff

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart (Sheriff of Cook County)
County of Cook Bureau of Health
Cermack Health Service,
Defendants

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1580
JUDGE DARRAH
MAGISTRATE JUDGE ASHMAN

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

 A. Name: Joe Willie Feazell

 B. List all aliases: Jay G

 C. Prisoner identification number: B-17481

 D. Place of present confinement: Cook County Department of Corrections

 E. Address: P.O. Box 089002, Chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

 A. Defendant: Tom Dart
    Title: Cook County Sheriff
    Place of Employment: Cook County Jail

 B. Defendant: Cermack Health Service
    Title: County of Cook Bureau of Health
    Place of Employment: Cook County Department of Corrections

 C. Defendant: _____
    Title: _____
    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Joe Willie Feazell Vs Cermack Health Service, Tom DART Sheriff of Cook County

B. Approximate date of filing lawsuit: Febuary 02-08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Jimmy Dale Miller (New York), Antonio Coffie (Tony) Joe Willie Feazell (Jay G)

D. List all defendants: County of Cook Bureau of Health, Cermack Health Service, Tom DART Sheriff of Cook County Jail

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: Judge Robert W. Gettleman

G. Basic claim made: Physical Damages, Personal Injuries that I haven't recieved proper medical attention for this slip and fall accidents

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): I'm suing as a pro-se litigant my case is still pending matter of fact my claim just was assigned a Docket No. & Judge

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

As a Result to a false Arrest & illegal search & seizure from the physical injuries, Aggravated battery that I requested Aid as an medical attention and or demanded that this Grievance be taken as an insurance claim for mental and emotional injuries suffering while in custody from the slip and fall incident that was at first declared an simple accidential injuries that caused back and neck injuries due to wet floors and faulty maintance to stair coverage this incident Reportedly happen in Division 5 tier 1-A on the Lower deck approximately about 4:30 pm I was walking around 1 gallery Lower tier and slipped on some water and tried to catch my balance and almost did but right before I almost balanced myself up I tripped up the stairs on a rubber piece on stair coverage that was insecure and loaded on the stairway on my fall I jammed and broke one of my fingers on the stairs when I came to a complete fall after that I went to the c/o in part of Division 5 tier 1-A for medical attention I was taken over two cermack Health care unit for emergency medical attention I recall being in so much pain from the fall

and broken fingers and that the doctor gave me so mortin pain pills for emotional suffering and pain as a pain Stabilizer. this incident happen on January 14th, 2008 thats when I got x-rays and on January 18th, 2008 I was called back in to see the doctor that when they finally announced that my fingers on my right hand was broken and serverely swollowen I also went back to the doctor on the 23rd day of January to get a cast on my hand and wrist and told me they don't know why I was over there this time at cermak Health care unit I believe that it took two long to determine that my finger was broken and that I did not receive adeq. adequite medical care I was denied in so much pain from the date of the incident and still is in very much pain now that I had to have my cellmate write this Grievance for me his name is MR. Giovanni CARR and his I.D. # is 20070024829 as part of consideration

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Request an injunctions compelling defendants to provide Plaintiff with adequate medical care and full access to Law Library. Plaintiff Request that he Receive compensatory monetary and punitive damage for the injury he sustain and for everyday he endured the pain as well as the pain he suffered in the future for his injury. Plaintiff request that he Receive compensatory monetary and punitive for emotional pains, and for Receiving inadequate medical treatment...

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO


CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_____
(Signature of plaintiff or plaintiffs)
Joe Willie Feazell
(Print name)
20080002175
(I.D. Number)
Cook County Jail
P.O. Box 089002
Chicago IL. 60608
(Address)

6

Revised 9/2007

Part-A / Control #: 2008 X 0334

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Fenzell    First Name: Joe

ID #: 2008-0002175   Div.: 10   Living Unit: 1-A   Date: 01/26/2008

BRIEF SUMMARY OF THE COMPLAINT: Incident happen on January 13, 2008 I went back to the doctor the next day January 14, 2008 that when I got x-rays and on January 18, 2008 I was called back in to see the doctor that's when they announced that my finger on my right hand was broken and severely swollen I also went back to the doctor on the 23rd day of January to get in cast on my hand and wrist and the nurse told me they don't know why I was over there this time at cermak health care unit I believe that it took too long to determine that my finger was broken and that I did not receive adequate medical care or assistance I was in so much pain from the date of this incident and still is in pain now that I had to have my cellmate write this grievance for me his name is Giovanni Carr 2007002486 as part of consideration.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

To be compensated for physical personal injuries false arrest, illegal search &
ACTION THAT YOU ARE REQUESTING:
seizures, invasion of privacy, mental and emotional distress suffering while in custody

DETAINEE SIGNATURE: Joe Willie Fenzell

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 2/21/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2008 X 0334

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: Frazell　　First Name: Joe　　ID#: 2008-0002175

Is This Grievance An **Emergency**?　YES ☐　NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges lack of medical attention

C.R.W. Referred Griev. To: Cermak　　Date Referred: 2/22/08

Response Statement: _____

_____ Date: 2/25/__ Div./Dept. CMS
(print- name of individual responding to this griev.)　(signature of individual responding to this griev.)

_____ Date: __/__/__ Div./Dept. _____
(print - name of Supt. / Designee / Dept. Admin.)　(signature of Supt. / Designee / Dept. Admin.)

_____ Date: 2/26/08
(print - name of Prog. Serv. Admin./ Asst. Admin.)　(signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: __/__/__　Detainee Signature: _____

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: __/__/__

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:　YES ☐　　NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: __/__/__　Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)　(YELLOW COPY – C.R.W.)　(PINK COPY – DETAINEE)　(GOLDENROD COPY – DIVISION/SUPT. OFFICE)